IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLITA YVONNE DENNIS,  :
   Plaintiff                       :
                                   :
v.                                  :       Civil No. AMD 02-3439
                                 :
LEGUM & NORMAN REALTY, INC., :
   Defendant                  :
                      ...oOo...

ORDER

This is an employment discrimination action. Defendant has moved to dismiss certain counts. In keeping with the invitation set out in plaintiff's opposition to the motion to dismiss counts two and three of the complaint, alleging claims for wrongful discharge and intentional infliction of emotional distress, those claims shall be dismissed at this stage *without prejudice*. The attention of plaintiff's counsel is directed to *Wholey v. Sears, Roebuck*, 803 A.2d 482, 490 (Md. 2002), and *Arbabi v. Fred Meyers, Inc.*, 205 F.Supp.2d 462, 466 (D.Md. 2002). Accordingly, it is this 16th day of December, 2002, by the United States District Court for the District of Maryland, ORDERED

(1) That the defendant's Motion to Dismiss is GRANTED AND COUNTS II AND III ARE DISMISSED WITHOUT PREJUDICE; and it is further ORDERED

(2) That the Clerk shall TRANSMIT a copy of this Order to all counsel.

                                                       ANDRE M. DAVIS
                                                     UNITED STATES DISTRICT JUDGE