IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLITA YVONNE DENNIS,

     Plaintiff,

    v.

LEGUM & NORMAN REALTY, INC.,

    Defendant.

Civil Action No.    AMD 02-3439

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 2 4 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT.
DISTRICT OF MARYLAND
        DEPUTY

## ORDER

THIS DAY came the Defendant, Legum & Norman Realty, Inc. by and through its

counsel, on its Consent Motion to Modify the Court's Scheduling Order of November 20, 2002,

and Plaintiff Charlita Yvonne Dennis, by and through her counsel, expressing her consent to the

Motion, and the matter having been considered by the Court, it is hereby

ORDERED that the Court's Scheduling Order of November 20, 2002 shall be modified

as follows:

| | | |
|---|---|---|
| 1. | Defendant's Rule 26(a)(2) disclosures re experts | April 18, 2003 |
| 2. | Plaintiff's Rebuttal Rule 26(a)(2) disclosures re experts | April 30, 2003 |
| 3. | Rule 26(e)(2) supplementation of disclosures and responses | May 12, 2003 |
| 4. | Discovery Deadline; Submission of Status Report | June 4, 2003 |
| 5. | Requests for Admission | June 11, 2003 |
| 6. | Dispositive Pretrial Motions Deadline | July 7, 2003 |



Dated: Feb. 24, 2003

Andre M. Davis
United States District Judge

Copies to:

David A. Rosenberg, Esq.
Kevin M. Kraham, Esq.
Ford & Harrison, LLP
1300 19th Street, Suite 700, NW
Washington, DC 20036
202-719-2012

Mark Howes, Esq.
128 Lubrano Drive, Suite 202
Annapolis, Maryland 21401

DC:42897.1