IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

| | |
|---|---|
| CHARLITA YVONNE DENNIS,<br><br>    Plaintiff,<br><br>    v.<br><br>LEGUM & NORMAN REALTY, INC.,<br><br>    Defendant. | Civil Action No.   AMD02-3439 |

## **ORDER**

THIS DAY came the Defendant, Legum & Norman Realty, Inc. by and through its counsel, on its Consent Motion for Enlargement of Time And Discovery Deadlines and Plaintiff Charlita Yvonne Dennis, by and through her counsel, expressing her consent to the Motion, and the matter having been considered by the Court, it is hereby

ORDERED that the motion is DENIED this 3rd day of April, 2003.

 

/s/ Andre M. Davis
United States District Judge