IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

CHARLITA YVONNE DENNIS,

        Plaintiff,

    v.

LEGUM & NORMAN REALTY, INC.,

        Defendant.

             Civil Action No.    AMD 02-3439

## CONSENT MOTION TO STAY PROCEEDINGS
## PENDING SETTLEMENT

    COMES NOW the Defendant Legum & Norman Realty, Inc., by and through its attorneys, David A. Rosenberg, Kevin Kraham and Ford & Harrison LLP, and Plaintiff Charlita Yvonne Dennis, by and through her counsel, Mark W. Howes, and pursuant to Fed.R.Civ.P 7(b) and Local Rule 105, hereby submits this Consent Motion to Stay Proceedings Pending Settlement and suspend the Court's current Scheduling Order of February 24, 2003 in the above-styled matter. In support thereof, the parties refer this Court to the attached Memorandum of Points and Authorities.

                Respectfully submitted,

                By  David A. Rosenberg & Kevin M. Kraham_____
                    David A. Rosenberg (Md. Bar No. 02876)
                    Kevin M. Kraham (Md. Bar No. 26220)
                    FORD & HARRISON LLP
                    1300 19th Street, Suite 700, NW
                    Washington, DC 20036

                    *Counsel for Defendant*
                    *Legum & Norman Realty, Inc.*

_____

Mark W. Howes, Esquire
Md. Bar. No. 9489
Conte-Lubrano Building
    128 Lubrano Drive – Suite 202
    Annapolis, Maryland 21401

    *Counsel for Plaintiff*
    *Charlita Yvonne Dennis*