IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

| | |
|---|---|
| CHARLITA YVONNE DENNIS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LEGUM & NORMAN REALTY, INC.,<br><br>　　Defendant. | Civil Action No.　AMD 02-3439 |

## MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT

Defendant Legum & Norman Realty, Inc., by and through its attorneys, David A. Rosenberg, Kevin M. Kraham, and Ford & Harrison LLP, and Plaintiff Charlita Yvonne Dennis, by and through her counsel, Mark W. Howes, and pursuant to Fed. R. Civ. P. 7(b) and Local Rule 105, hereby moves this Honorable Court for an Order Staying the Proceedings Pending Settlement in the above-styled matter and suspending the current Scheduling Order of February 24, 2003, a copy of which is attached hereto as Exhibit A.

1.　The lawsuit was filed on October 23, 2002 and an answer was timely filed by the Defendant on December 4, 2002. Pursuant to this Court's Scheduling Order of February 24, 2003, the deadline for discovery is June 4, 2003.

2.　Recently, Plaintiff and Defendant agreed in principal to settle this case and the terms of such settlement will now be reduced to writing. The parties will provide for the timing of the dismissal of this action in a settlement agreement.

3.　Given the current posture of settlement, the parties desire to stay the case pending execution of a settlement agreement and related documents so as to (i) minimize the litigation

costs and expenses associated with the discovery process and (ii) to allow the undersigned counsel to concentrate their efforts in bringing this matter to a close without, at the same time, expending unnecessary time and effort engaged in discovery and pre-trial investigation. Accordingly, and in the interests of judicial economy, the parties' request that this action be stayed and that the Court's current Scheduling Order of February 24, 2003 be suspended.

4. The requested stay will not adversely affect the Court's management of this case as no trial date has yet been assigned nor will such stay prejudice any of the parties involved.

5. Plaintiff consents to and joins in this Motion. Accordingly, Defendant respectfully requests that this Court stay the above-styled action and suspend the current Scheduling Order dated February 24, 2003, while the litigants are consummating settlement.

Respectfully submitted,

By___David A. Rosenberg_____
David A. Rosenberg
Md. Bar No. 02876
Kevin M. Kraham
Md. Bar No. 26220
FORD & HARRISON LLP
1300 19th Street, Suite 700, NW
Washington, DC 20036
Telephone: 202 719-2000
Facsimile: 202 719-2077

*Counsel for Defendant*
*Legum & Norman Realty, Inc.*

By:___Mark W. Howes_____
Md. Bar. No. 9489
Conte-Lubrano Building
128 Lubrano Drive – Suite 202
Annapolis, Maryland 21401
Telephone: (410) 266-1041
Facsimile: (410) 266-1449

*Counsel for Plaintiff*
*Charlita Yvonne Dennis*

2

Case 1:02-cv-03439-AMD    Document 18    Filed 05/13/2003    Page 3 of 3