IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
_____

| | |
|---|---|
| CHARLITA YVONNE DENNIS, | |
| Plaintiff, | |
| v. | Civil Action No.   AMD 02-3439 |
| LEGUM & NORMAN REALTY, INC., | |
| Defendant. | |

## **ORDER**

THIS DAY came Defendant Legum & Norman Realty, Inc., and Plaintiff Charlita Yvonne Dennis, by and through their counsel, on their Consent Motion for Stay of Proceedings Pending Settlement, and

WHEREFORE, it appearing to the Court that the requested stay will not result in any prejudice to the parties, and for other good cause shown, it is hereby

ORDERED, ADJUDGED, and DECREED that the Motion for Stay of Proceedings is GRANTED. It is further ORDERED, ADJUDGED, and DECREED that all proceedings in this matter are stayed and that the Court's current Scheduling Order dated February 24, 2003, is hereby suspended until further notice of this Court; and it is further

ORDERED, that if for some reason settlement cannot be consummated in this case, then in that event, counsel for the litigants shall so notify this Court so a new Scheduling Order can be issued.

Entered this _____ day of _____, 200___3.

_____
Judge Andre M. Davis
U.S. District Court for Maryland

Copies to:

David A. Rosenberg, Esquire
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
*Counsel for Defendant*
(via electronic mail)

Mark W. Howes, Esquire
Conte-Lubrano Building
129 Lubrano Drive, Suite 202
Annapolis, MD 21401
*Counsel for Plaintiff*
(via electronic mail)