# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0801**
**FAX (410) 962-0820**
**MDDAMDChambers@mdd.uscourts.gov**

May 13, 2003

MEMORANDUM TO COUNSEL RE:   Dennis v. Legum & Norman Realty, Inc.
                            Case No. AMD 02-3439

The "Consent Motion to Stay Proceedings Pending Settlement" has been read and considered. The motion (Paper No. 17) is DENIED.

It would appear to me that the case is either settled or it is not, but in any event, as you well know, the discovery deadline is exactly three weeks away, June 4. If you indicate in your status report that is due on that date that the case has been settled, then I will enter one of our standard 30 day orders provisionally closing the case pursuant to Local Rule 111.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt