LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

1300 19th Street, N.W., Suite 700, Washington, D.C. 20036
Tel (202) 719-2000  Fax (202) 719-2077
www.fordharrison.com

Writer's Direct Dial:

DAVID A. ROSENBERG
(202) 719-2012
drosenberg@fordharrison.com

June 3, 2003

<u>VIA ECF</u>

The Honorable Andre M. Davis
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

  Re: *Dennis v. Legum & Norman Realty, Inc.*
    Civil Case No. AMD 02-3439
    <u>Client-Matter No. 004438.0024</u>

Dear Judge Davis:

  Please allow this correspondence to serve as the parties' joint status report in the above-referenced matter. Plaintiff's counsel, Mark W. Howes, has authorized me to write this letter on behalf of the parties.

  This case has been settled in principle and the parties have finalized a settlement agreement, a copy of which has been forwarded to Ms. Dennis, the plaintiff, for execution. In light of the parties' agreement to settle this case, they have not been engaging in discovery so as to keep attorneys' fees to a minimum. Once the settlement agreement has been fully executed, which we anticipate will occur in the very near future, the parties will file a voluntary stipulation of dismissal with prejudice with the Court.

  Thank you for your attention to this matter.

           Very truly yours,

           FORD & HARRISON LLP

           /s/

           DAVID A. ROSENBERG

DAR/kmk

cc: Mark W. Howes, Esq. (via e-mail mwhowes@aol.com)
   Kevin M. Kraham, Esq.

DC:44558.1