UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

CHARLITA YVONNE DENNIS,

        Plaintiff,

        v.

LEGUM & NORMAN REALTY, INC,

        Defendant.

Civil Action No. AMD-02-3439

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Charlita Yvonne Dennis and Defendant Legum & Norman Realty, Inc., by and through their respective counsel, hereby stipulate that the foregoing action shall be DISMISSED WITH PREJUDICE, with each party bearing her/its own costs of this action and attorneys' fees.

Respectfully submitted,

By:_____
MARK W. HOWES
Bar No. 09489

ATTORNEY-AT-LAW
128 Lubrano Drive, Suite 202
Annapolis, MD 21401
Tel:      (410) 266-1041
Fax:     (410) 266-1449

*Attorney for Plaintiff*
*CHARLITA YVONNE DENNIS*

By:_____
DAVID A. ROSENBERG
Bar No. 02876
KEVIN M. KRAHAM
Bar No. 26220

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
Tel:      (202) 719-2000
Fax:     (202) 719-2077

*Attorneys for Defendant*
*LEGUM & NORMAN REALTY, INC.*

Dated: this _11th_ day of _June_____, 2003